UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JOHN MICHAEL FOSTER, | Case No. 3:17-cv-00317-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

On November 1, 2017, this Court denied habeas corpus petitioner John Michael Foster's application to proceed *in forma pauperis* and directed him to pay the $5.00 fee within thirty (30) days. The order was served on Foster via U.S. Mail at his address of record. The mail was returned as undeliverable; however, shortly thereafter the Court received Foster's notice of change of address (ECF No. 8). Accordingly, the Clerk will resend the order dated November 1, 2017, to petitioner at his current address of record.

It is therefore ordered that the Clerk resend this Court's order dated November 1, 2017, (ECF No. 6) to petitioner at his new address of record.

It is further ordered that petitioner has thirty (30) days from the date of this order to pay the $5.00 filing fee.

DATED THIS 4th day of January 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE