UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHN MICHAEL FOSTER,<br><br>　　　　　　Petitioner,<br>　v.<br>ISIDRO BACA, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:17-cv-00317-MMD-WGC<br><br>ORDER |

Petitioner John Michael Foster has attempted to initiate a § 2254 habeas corpus petition (ECF No. 1-1). He has now paid the filing fee (*see* ECF No. 10).

His purported petition is not on the Court's required form. LSR 3-1. Moreover, he sets forth the details of his judgment of conviction and sentences, but he does not set forth any claims or grounds for federal habeas relief. Therefore, Foster's petition will be dismissed with leave to file an amended habeas corpus petition on the court's § 2254 habeas form. He must clearly set forth each federal habeas ground and briefly set forth the factual basis for each ground.

It is therefore ordered that the Clerk detach and file the petition (ECF No. 1-1).

It is further ordered that the petition is dismissed with leave to file an amended habeas corpus petition in conformance with this order.

It is further ordered that the Clerk send to petitioner one (1) copy of this Court's form § 2254 habeas petition, one (1) copy of the information and instructions for filing a § 2254 habeas petition, and one (1) copy of the papers petitioner has filed in this action.

It is further ordered that petitioner is expressly advised that failure to file an amended petition in conformance with this order will result in the dismissal of this action.

DATED THIS 17th day of January 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE